USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARIO ALTAGRACIA                                            :
                               Plaintiff,   :
                                        :
              -against-                           :
                                        :   21-CV-0108 (VEC)
FER'S CLEANERS II CORP., *dba* EXPRESS       :
CLEANERS; TOUCH CLEANERS INC. *dba*       :   ORDER
EXPRESS CLEANERS; FELIPE ESPINOZA       :
                                        :
                            Defendants.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed this lawsuit on January 6, 2021, *see* Dkt. 1;

      WHEREAS Plaintiff filed affidavits reflecting timely service of a summons and the Complaint on Defendants, *see* Dkts. 5-7;

      WHEREAS Defendants Fer's Cleaners II Corp. and Touch Cleaners Inc. have failed to appear, answer, or otherwise respond to the Complaint by the February 4, 2021 deadline, *see* Fed. R. Civ. P. 12(a)(1)

      WHEREAS Defendant Felipe Espinoza has failed to appear, answer, or otherwise respond to the Complaint by the February 5, 2021 deadline, *see* Fed. R. Civ. P. 12(a)(1)

      IT IS ORDERED that Plaintiff must apply for a default judgment against Defendants, consistent with the procedures described in Attachment A to the undersigned's Individual Practices by **April 5, 2021**, or the case will be dismissed for failure to prosecute.

**SO ORDERED.**

                                                                    *(signature)*

**Date: March 19, 2021**                                        **VALERIE CAPRONI**
       **New York, NY**                                       **United States District Judge**