USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/4/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MARIO ALTAGRACIA

                             Plaintiff,

           -against-

FER'S CLEANERS II CORP., *dba* EXPRESS
CLEANERS; TOUCH CLEANERS INC. *dba*
EXPRESS CLEANERS; FELIPE ESPINOZA

                            Defendants.
-------------------------------------------------------------- X

21-CV-0108 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS Plaintiff filed this lawsuit on January 6, 2021, *see* Dkt. 1;

      WHEREAS Plaintiff filed affidavits reflecting timely service of a summons and the Complaint on Defendants, *see* Dkts. 5-7;

      WHEREAS Defendants Fer's Cleaners II Corp. and Touch Cleaners Inc. have failed to appear, answer, or otherwise respond to the Complaint by the February 4, 2021 deadline, *see* Fed. R. Civ. P. 12(a)(1)

      WHEREAS Defendant Felipe Espinoza has failed to appear, answer, or otherwise respond to the Complaint by the February 5, 2021 deadline, *see* Fed. R. Civ. P. 12(a)(1)

      WHEREAS on April 29, 2021 Plaintiff moved for default judgment against Defendants (Dkt. 17);

      WHEREAS on June 4, 2021, the Court held a teleconference on Plaintiff's motion for default judgment;

      WHEREAS Mr. Felipe Espinoza appeared at the teleconference on June 4, 2021;

IT IS ORDERED THAT:

1. The parties must appear for a conference on **July 6, 2021 at 10:00 a.m**. The conference will take place **in person** in Courtroom 443. Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0108.

2. The Court strongly encourages Mr. Espinoza to contact an attorney before the hearing. Information about the *pro se* clinic is attached to this order.

The Clerk of Court is directed to mail a copy of this order to Mr. Espinoza at: 605 West 158th Street, New York, NY 10032.

**SO ORDERED.**

**Date: June 4, 2021**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**

# Notice For Pro Se Litigants



As a public health precaution, the New York Legal Assistance Group's Legal Clinic for Pro Se Litigants has temporarily suspended all in-person client meetings as of Tuesday, March 17, 2020.

Limited scope legal assistance will continue to be provided, but only by appointment and only over the phone. During this time, we cannot assist walk-in visitors to the clinic.

If you need the assistance of the clinic, please call **212-659-6190** and leave a message, including your telephone number, and someone will get back to you as soon as possible. If you do not leave a message with your telephone number, we cannot call you back.

Please be patient because our responses to your messages may be delayed while we transition to phone appointments.

