UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/1/2021

MARIO ALTAGRACIA,
Plaintiff,

-against-

FER'S CLEANERS II CORP., *dba* EXPRESS CLEANERS; TOUCH CLEANERS INC. *dba* EXPRESS CLEANERS; FELIPE ESPINOZA

Defendants.

21-CV-0108 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS Plaintiff filed this lawsuit on January 6, 2021, *see* Dkt. 1;

WHEREAS on July 1, 2021, Plaintiff informed the Court that Defendant Felipe Espinoza is proceeding *pro se*.

IT IS ORDERED THAT: The Clerk of Court is hereby instructed that Defendant Felipe Espinoza is appearing *pro se*.

The Clerk of Court is directed to mail a copy of this order to Mr. Espinoza at: 605 West 158th Street, New York, NY 10032.

**SO ORDERED.**

**Date: July 1, 2021**
**New York, NY**

**VALERIE CAPRONI**
**United States District Judge**