```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARIO ALTAGRACIA,

            Plaintiff,

- against -

FER'S CLEANERS II CORP., dba EXPRESS CLEANERS;
TOUCH CLEANERS INC., dba EXPRESS CLEANERS;
and FELIPE ESPINOZA, individually,

            Defendants.

Case No.: 21 CV 108
          (VEC)(RWL)

~~PROPOSED~~
**DEFAULT JUDGMENT**

---

This action, having been commenced on January 6, 2021, by the filing of a summons and complaint; a copy of the summons and complaint having been served on Fer's Cleaners II Corp., dba Express Cleaners; Touch Cleaners, Inc., dba Express Cleaners; and Felipe Espinoza, pursuant to Fed. R. Civ. Pro. 4(e), proof of service of the summons and complaint having been filed; said defendants not having answered the summons and complaint, and the time for answering the summons and complaint having expired, it is

ORDERED, ADJUDGED AND DECREED: that plaintiff Mario Altagracia has judgment against defendants Fer's Cleaners II Corp., dba Express Cleaners; Touch Cleaners, Inc., dba Express Cleaners; or any other business entity doing business as Express Cleaners, located at 605 West 158th Street, New York, New York 10032; and Felipe Espinoza, individually, jointly and severally, in the amount of $103,330, in addition to attorneys' fees and costs, in the amount of $11,557.50.

The Clerk of Court is respectfully directed to terminate this case.

Dated: New York, New York
      1/19/2022

                                                 _/s/ Valerie Caproni_____, U.S.D.J